UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOSEPH SETTY, LUIS SANCHEZ,
and DANTE HOLMES,

                Plaintiffs,
                                                                   JUDGMENT

             v.                                                  17-CV-6504 (NGG) (SMG)

SYNERGY FITNESS and
ALFREDO RODRIGUEZ,

                Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 21, 2019, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated December 18, 2018, which recommended the following: that Plaintiffs' motion for default judgment be granted in part and denied in part; that Plaintiff Holmes be awarded $35,000, and Plaintiffs Setty and Sanchez each be awarded $25,000, in emotional distress damages against Synergy on their Title VII claims and against Synergy and Rodriguez on their NYSHRL and NYCHRL claims; that Plaintiff Setty be awarded $1,866.75 in compensatory damages and $1,866.75 in liquidated damages against Synergy and Rodriguez on his claim for unpaid wages under the NYLL; that Plaintiff Setty be awarded prejudgment interest on $1,866.75 at a rate of 9% per annum from December 23, 2015 to the date judgment is entered against Synergy and Rodriguez on his claim for unpaid wages under the NYLL that Plaintiffs be awarded $7,375 in attorney's fees and $413.40 in costs; and the Clerk of Court having calculated the prejudgment interest on $1,866.75 at a rate of 9% per annum from December 23, 2015 to the date judgment is entered and the prejudgment interest being $544.99; it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted in part and denied in part; that Plaintiff Holmes is awarded a total amount of $35,000 against

Synergy and Rodriguez; that Plaintiff Setty is awarded a total amount of $29,278.49 against Synergy and Rodriguez; that Plaintiff Sanchez is awarded a total amount of $25,000 against Synergy and Rodriguez; and that Plaintiffs are awarded $7,375 in attorney's fees and $413.40 in costs.

| | |
|---|---|
| Dated: Brooklyn, NY<br>March 21, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:  /s/*Jalitza Poveda*<br>       Deputy Clerk |